FILED
2011 May-09 AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KAREN PARSONS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:10-cv-00884-HGD |
| ) | |
| **THE LINCOLN NATIONAL** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

**O R D E R**

On April 23, 2011, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections have been filed by either Plaintiff or Defendant.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendations of the Magistrate Judge, and it is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that Defendant's Motion to Dismiss Plaintiff's State Law Claims, Claims for Punitive and Extracontractual Damages, and to Strike Demand for Jury Trial is due to be and hereby is **GRANTED**. Plaintiff's state law claims and claims for punitive and extracontractual damages in the complaint are **DISMISSED WITH PREJUDICE**

as preempted by the Employee Retirement Income Security Act of 1974.  Plaintiff's demand for jury trial contained in the complaint is **STRICKEN**.

The parties are **REMINDED** of their obligation to hold a Rule 26(f) meeting within fourteen (14) days from the date of entry of this order.

**DONE** and **ORDERED** this ___9th___ day of May, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE